Edwin Aiwazian, SBN 232943
edwin@calljustice.com
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

Heather Davis, SBN 239372
heather@protectionlawgroup.com
**PROTECTION LAW GROUP, LLP**
237 California Street
El Segundo, California 90245
Tel.: (424) 290-3095/Fax: (866) 264-7880

*Attorneys for* Plaintiff

Carlos Jimenez, SBN 227534
cajimenez@littler.com
**LITTLER MENDELSON, P.C.**
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Tel.: 213.443.4300/Fax: 213.443.4299

Linda Nguyen Bollinger, SBN 289515
lbollinger@littler.com
**LITTLER MENDELSON, P.C.**
50 West San Fernando Street, 7th Floor
San Jose, California 95113
Tel.: 408.998.4150/Fax: 408.288.5686

*Attorneys for* Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN SANTIAGO, individually, and on behalf of other members of the general public similarly situated,<br><br>          Plaintiff,<br>     v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Corporation; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.:  1:20-cv-01413-NONE-SKO<br><br>**JOINT STIPULATION AND ORDER FOR TEMPORARY STAY OF ACTION**<br><br>(Doc. 15)<br><br>[On Removal from the Superior Court of the State of California for the County of Tulare, Case No. 284004]<br><br>Complaint Filed:     August 19, 2020<br>Action Removed:    October 2, 2020<br>Jury Trial Date:        None |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

It is hereby stipulated by and between the Plaintiff JONATHAN SANTIAGO ("Plaintiff") and Defendant CIGNA HEALTH AND LIFE INSURANCE COMPANY ("Defendant") (collectively, Plaintiff and Defendant are referred to as the "Parties") and through their respective attorneys of record, as follows:

**RECITALS OF JOINT STIPULATION STAYING ACTION TEMPORARILY**

WHEREAS, on August 19, 2020, Plaintiff filed his Class Action Complaint against Defendant with the Superior Court of the State of California, County of Tulare, Case No. 284004;

WHEREAS, on October 2, 2020, Defendant filed its Notice of Removal of Civil Action to Federal Court on the ground of original jurisdiction based on the Class Action Fairness Act ("CAFA");

WHEREAS, on October 23, 2020, Defendant filed its Motion to Compel Arbitration, Strike the Class Claims, and Stay Action;

WHEREAS, Defendant's Motion to Compel Arbitration is fully briefed but the Court has not yet ruled on Defendant's Motion to Compel Arbitration;

WHEREAS, on October 30, 2020, Plaintiff filed his Motion to Remand based on Plaintiff's allegations that Defendant has failed to prove by a preponderance of the evidence that the amount in controversy meets the CAFA threshold;

WHEREAS, Plaintiff's Motion to Remand is fully briefed but the Court has yet not ruled on Plaintiff's Motion to Remand;

WHEREAS, the Initial Scheduling Conference for this Action is set for December 17, 2020;

WHEREAS, in accordance with Federal Rules of Civil Procedure 16(b) and 26(f), Counsel for the Parties met and conferred on November 25, 2020;

WHEREAS, in accordance with Rule 26(f), the Parties' Joint Rule 26(f) Report is due on December 9, 2020;

WHEREAS, the Parties agreed to provide their Initial Disclosures on December 23, 2020;

WHEREAS, the Parties are in the process of discussing settlement including participating in private mediation;

WHEREAS, in order to prevent the Parties from incurring further, potentially unnecessary litigation expenses which could jeopardize settlement prospects, the Parties agree that the interests of judicial economy and the interests of preserving judicial and party resources favor a temporary stay of the Action, including the ruling of Defendant's Motion to Compel Arbitration, Plaintiff's Motion to Remand, and the deadlines associated with the Initial Scheduling Conference, until February 16, 2021 while the Parties continue their settlement efforts;

WHEREAS, no party to this Action will be prejudiced by this temporary stay;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their Counsel of record, as follows:

1. The Parties agree that the entire Action is stayed through February 16, 2021;

2. The Parties agree that no Order shall issue regarding Defendant's Motion to Compel Arbitration and Stay Action until at least February 16, 2021;

3. The Parties agreed that no Order shall issue regarding Plaintiff's Motion to Remand until at least February 16, 2021;

4. The Parties agree to continue the Initial Scheduling Conference, which is currently set for December 17, 2020, until February 25, 2021 and to extend the time to file the Joint Rule

26(f) Report to February 18, 2021, or to a date thereafter that is most convenient for this Court;

     5.    The Parties agree to serve their Initial Disclosures by February 18, 2021.

DATED:  December 4, 2020          **PROTECTION LAW GROUP, LLP**

                                            By:  /s/ Heather Davis
                                                 Heather Davis
                                                 Amir Nayebdadash
                                                 *Attorneys for* Plaintiff

DATED:  December 4, 2020          **LITTLER MENDELSON, P.C.**

                                            By:  /s/ Carlos Jimenez
                                                 Carlos Jimenez
                                                 Linda Nguyen Bollinger
                                                 *Attorneys for* Defendant

## ORDER

Having reviewed the Parties' above stipulation, and for good cause shown, the Court GRANTS the Parties' request and hereby ORDERS as follows:

1. The case is stayed through February 16, 2021;
2. No order shall issue regarding Defendant's Motion to Compel Arbitration, Strike the Class Allegations, and Stay Action (Doc. 6) until at least February 16, 2021;
3. No order shall issue regarding Plaintiff's Motion to Remand (Doc. 7) until at least February 16, 2021;
4. The Parties shall serve their Initial Disclosures by February 18, 2021; and
5. The Initial Scheduling Conference currently set for December 17, 2020, is continued to March 2, 2021, at 9:30 A.M., before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report no later than seven (7) days before the conference.

IT IS SO ORDERED.

Dated: **December 8, 2020**           /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE