1  Edwin Aiwazian (SBN 232943)
   edwin@calljustice.com
2  Jacob Karczewski (SBN 268295)
   jacob@calljustice.com
3  **LAWYERS *for* JUSTICE, PC**
   410 West Arden Avenue, Suite 203
4  Glendale, California 91203
   Tel: (818) 265-1020 / Fax: (818) 265-1021
5

6

7  KEITH A. JACOBY, Bar No. 150233
   kjacoby@littler.com
   LITTLER MENDELSON P.C.
8  2049 Century Park East
   5th Floor
9  Los Angeles, California 90067
   Telephone:   310.553.0308
10

11 LINDA NGUYEN BOLLINGER, Bar No. 289515
   lbollinger@littler.com
   JACQUELINE MENENDEZ, Bar No. 330737
12 jmenendez@littler.com
   LITTLER MENDELSON, P.C.
13 50 West San Fernando Street, 7th Floor
   San Jose, CA 95113
14 Telephone:   408.998.4150
   Facsimile:   408.288.5686
15

16 Attorneys for Defendant
   CIGNA HEALTH & LIFE INSURANCE
   COMPANY
17

18             UNITED STATES DISTRICT COURT

19             EASTERN DISTRICT OF CALIFORNIA

20

21 JONATHAN SANTIAGO, individually,        Case No.  1:20-CV-01413-NONE-SKO
   and on behalf of other members of the
22 general public similarly situated;

23          Plaintiff,                       **NOTICE OF SETTLEMENT**

24 v.

25 CIGNA HEALTH & LIFE INSURANCE
   COMPANY, an unknown business entity;
26 and DOES 1 through 100, inclusive,

27          Defendant.

28

NOTICE OF SETTLEMENT

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

**TO THE HONORABLE COURT AND ALL PARTIES IN THIS MATTER**:

**PLEASE TAKE NOTICE** that after further settlement communications with mediator Mark Rudy, Esq. a settlement in principle was reached by the parties in this action and the related consolidated class and PAGA actions pending in the Superior Court of the State of California for the County of Tulare, styled, *"Plaintiffs JONATHAN SANTIAGO and ADRIAN AVILA, on behalf of the State of California, as private attorney general, Plaintiffs, v. CIGNA HEALTH & LIFE INSURANCE COMPANY, a Corporation; and Does 1 through 50, Inclusive,"* Case No. VCU283599.

IT IS HEREBY STIPULATED by and between Plaintiffs Adrian Avila and Jonathan Santiago and Defendant CIGNA Health and Life Insurance Company ("Defendant"), by and through their respective counsel, and subject to approval by this Court, that in order to avoid duplication of efforts by multiple courts and inconsistent rulings on the settlement, and in light of the fact that a related class action and PAGA action is pending outside of this Court, the Parties stipulate and agree to seek approval of the settlement in this action together with approval of the class action in the Tulare County Superior Court, and respectfully request that this matter is stayed in all respects pending final approval by the Tulare County Superior Court. In the event the settlement is approved, Plaintiffs shall report such approval to this Court and request a dismissal of this action. In the event the settlement is not approved, the Parties will so inform the Court and request a lifting of the stay.

Date:  October 25, 2021

**LAWYERS *for* JUSTICE, PC**

By: */s/ Edwin Aiwazian*
Edwin Aiwazian
*Attorneys for* Plaintiff

//

//

//

//

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

NOTICE OF SETTLEMENT

CASE NO.  1:20-CV-01413-NONE-SKO

1  Dated:  October 25, 2021                    LITTLER MENDELSON, P.C.

2

3                                              By: */s/ Linda N. Bollinger*
                                                  KEITH A. JACOBY
4                                                 LINDA N. BOLLINGER
                                                  JACQUELINE MENENDEZ
5                                                 Attorneys for Defendant
                                                  CIGNA HEALTH & LIFE INSURANCE
6                                                 COMPANY

7
     4862-4971-5968.1 / 108949-1001
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

NOTICE OF SETTLEMENT

CASE NO.  1:20-CV-01413-NONE-SKO