Edwin Aiwazian (SBN 232943)
edwin@calljustice.com
Arby Aiwazian (SBN 269827)
arby@calljustice.com
Joanna Ghosh (SBN 272479)
joanna@calljustice.com
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff

KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: 310.553.0308

LINDA NGUYEN BOLLINGER, Bar No. 89515
lbollinger@littler.com
JACQUELINE MENENDEZ, Bar No. 330737
jmenendez@littler.com
LITTLER MENDELSON, P.C.
50 West San Fernando Street, 7th Floor
San Jose, CA 95113
Telephone: 408.998.4150
Facsimile: 408.288.5686

*Attorneys* for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SANTIAGO, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br>v.<br><br>CIGNA HEALTH & LIFE INSURANCE COMPANY, an unknown business entity; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 1:20-CV-01413-JLT-SKO<br><br>**JOINT STATUS REPORT** |

- 1 -

JOINT STATUS REPORT

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Jonathan Santiago ("Plaintiff") and Defendant Cigna Health & Life Insurance Company ("Defendant") (collectively, the "Parties") hereby submit this joint status report updating the Court on the status of the settlement reached in the above-captioned case, as instructed by the Minute Order signed by Magistrate Judge Sheila K. Oberto on October 27, 2021 (Doc. No. 30).

As indicated in the Notice of Settlement filed by the Parties on October 25, 2021 (Doc. No. 29), the Parties reached a settlement in principle which, if approved by the court, will resolve the above-captioned action and the related consolidated class and PAGA actions pending in the Superior Court of the State of California for the County of Tulare, styled, "*Plaintiffs JONATHAN SANTIAGO and ADRIAN AVILA, on behalf of the State of California, as private attorney general, Plaintiffs, v. CIGNA HEALTH & LIFE INSURANCE COMPANY, a Corporation; and Does 1 through 50, Inclusive*," Case No. VCU283599 (together, the "Consolidated Tulare County Cases") in their entirety (the "Settlement").

It was stipulated by and between Plaintiffs Adrian Avila and Jonathan Santiago and Defendant, subject to approval by this Court, that in order to avoid duplication of efforts by multiple courts and inconsistent rulings on the Settlement, and in light of the fact that a related class action and PAGA action is pending outside of this Court, the Parties would seek approval of the Settlement in the Tulare County Superior Court, and respectfully request that this matter is stayed in all respects pending final approval by the Tulare County Superior Court. *See* Notice of Settlement (Doc. No. 29).

By the Minute Order signed on October 27, 2021 (Doc. No. 30), this Court (1) granted the Parties' request and ordered that the case be stayed pending approval of the settlement by the Tulare County Superior Court; (2) ordered the Parties to file dispositional documents requesting the dismissal of the action due to a settlement or a joint status report updating the Court on the status of the Settlement no later than January 25, 2022; and (3) vacated all other deadlines and hearings. *See* Minute Order (Doc. No. 30).

///

Pursuant to the California Rules of Court, Rule 3.769(a), a settlement of a class action requires the approval of the Court by way of a two-step process that involves preliminary approval of the proposed settlement, and if the Court grants preliminary approval, a final approval hearing inquiring as to the fairness of the proposed settlement.

The Parties, together with Plaintiff Adrian Avila, plaintiff in the Consolidated Tulare County Cases ("Plaintiff Avila"), are in the process of finalizing and executing a long-form settlement agreement and anticipate filing a motion for preliminary approval of the Settlement, together with supporting documentation, in the Consolidated Tulare County Cases within approximately ten (10) calendar days.

Dated: January 25, 2022        **LAWYERS *for* JUSTICE, PC**

By:  */s/ Edwin Aiwazian*
Edwin Aiwazian
*Attorneys for* Plaintiff Jonathan Santiago

Dated: January 25, 2022        **LITTLER MENDELSON, P.C.**

By:  /s/ *Keith A. Jacoby*
KEITH A. JACOBY
LINDA N. BOLLINGER
JACQUELINE MENENDEZ
*Attorneys for* Defendant
CIGNA HEALTH & LIFE INSURANCE COMPANY