UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SANTIAGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CIGNA HEALTH & LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | No. 1:20-cv-01413-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 36) |

　　　On November 15, 2022, the parties filed a joint stipulation dismissing the action without prejudice. (Doc. 36.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:　**November 16, 2022**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE